UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HEADSTART ADVISERS LIMITED and NAJY N. NASSER,<br><br>Defendants<br><br>and<br><br>HEADSTART FUND LTD.,<br><br>Relief Defendant. | Case No.:   1:08 CV 03484 (DAB)<br><br>**APPEARANCE**<br>**ECF CASE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants, Headstart Advisers Limited and Najy N. Nasser, and Relief Defendant, Headstart Fund Ltd..

I certify that I am admitted to practice in this court.

Dated: June 26, 2008

Respectfully submitted,

 /s/ Maria Ginzburg_____

Maria Ginzburg
mginzburg@kirkland.com
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorney for Defendants Headstart Advisers Limited, and Najy N. Nasser, and Relief Defendant Headstart Fund Ltd.*