<u>**Filed Electronically**</u>
MARK K. SCHONFELD
REGIONAL DIRECTOR

Attorney for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York 10281
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
SECURITIES AND EXCHANGE COMMISSION,  :
                                                            :
                           Plaintiff,                       :     08 CV 3484 (DAB)
                                                            :
            - against -                                     :     ECF Case
                                                            :
HEADSTART ADVISERS LIMITED and         :
NAJY N. NASSER,                                             :
                                                            :     **APPEARANCE**
                           Defendants,                      :
                                                            :
            - and -                                         :
                                                            :
HEADSTART FUND LTD.,                                        :
                                                            :
                           Relief Defendant.                :
                                                            :
------------------------------------------------------------x

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for the plaintiff Securities and Exchange Commission.

      I certify that I am admitted to practice in this court.

Dated: New York, NY
       June 27, 2008

                                         s/
                                        _____
                                        Mark D. Salzberg

                                        Attorney for the Plaintiff
                                        SECURITIES AND EXCHANGE COMMISSION
                                        New York Regional Office
                                        3 World Financial Center
                                        New York, New York  10281-1022
                                        (212) 336-0159
                                        (212) 336-1320 (fax)
                                        Email: salzbergm@sec.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on June 27, 2008, I electronically filed the foregoing Appearance with the Clerk of this court using the CM/ECF system, and I am relying upon the transmission of the Clerk's Notice of Electronic Filing for service upon the following Filing Users in this matter:

Jay Philip Lefkowitz
Maria Ginzburg
Kirkland & Ellis LLP (NYC)
153 East 53rd Street
New York, New York  10022
jlefkowitz@kirkland.com
mginzburg@kirkland.com

Counsel for Headstart Advisers Limited,
Najy N. Nasser, and Headstart Fund Ltd.

                                                           s/

                                          Mark D. Salzberg