**Filed Electronically**
MARK K. SCHONFELD
REGIONAL DIRECTOR

Attorney for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York  10281
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION, :
:
                  Plaintiff,        :        08 CV 3484 (DAB)
:
   - against -                   :        ECF Case
:
HEADSTART ADVISERS LIMITED and        :
NAJY N. NASSER,                       :
:        **APPEARANCE**
                Defendants,       :
:
   - and -                       :
:
HEADSTART FUND LTD.,                  :
:
              Relief Defendant.   :
:
---------------------------------------------------------------x

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for the plaintiff Securities and Exchange Commission.

      I certify that I am admitted to practice in this court.

Dated: New York, NY
       June 27, 2008

                    s/
                 _____
                 Paul G. Gizzi

                 Attorney for the Plaintiff
                 SECURITIES AND EXCHANGE COMMISSION
                 New York Regional Office
                 3 World Financial Center
                 New York, New York 10281-1022
                 (212) 336-0077
                 (212) 336-1317 (fax)
                 Email: gizzip@sec.gov

CERTIFICATE OF SERVICE

     I certify that on June 27, 2008, I electronically filed the foregoing Appearance with the Clerk of this court using the CM/ECF system, and I am relying upon the transmission of the Clerk's Notice of Electronic Filing for service upon the following Filing Users in this matter:

Jay Philip Lefkowitz
Maria Ginzburg
Kirkland & Ellis LLP (NYC)
153 East 53rd Street
New York, New York  10022
jlefkowitz@kirkland.com
mginzburg@kirkland.com

Counsel for Headstart Advisers Limited,
Najy N. Nasser, and Headstart Fund Ltd.

                     s/
                     _____
                     Paul G. Gizzi