**Filed Electronically**
MARK K. SCHONFELD
REGIONAL DIRECTOR

Attorney for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York 10281
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                          :
SECURITIES AND EXCHANGE COMMISSION, :
                          :
         Plaintiff,          :   08 CV 3484 (DAB)
                          :
    - against -          :   ECF Case
                          :
HEADSTART ADVISERS LIMITED and   :
NAJY N. NASSER,            :
                          :
       Defendants,        :
                          :
    - and -              :
                          :
HEADSTART FUND LTD.,      :
                          :
     Relief Defendant.  :
                          :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE - EXECUTED

The plaintiff Securities and Exchange Commission respectfully submits the attached Affidavit of Service concerning Relief Defendant Headstart Fund Ltd.

Dated: New York, NY
       June 27, 2008

<span style="margin-left:3em;">*/s/ Mark D. Salzberg*</span>
Mark D. Salzberg

Attorney for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York  10281-1022
(212) 336-0159
(212) 336-1320 (fax)
Email: salzbergm@sec.gov

## CERTIFICATE OF SERVICE

I certify that on June 27, 2008, I electronically filed the foregoing Affidavit of Service - Executed with the Clerk of this court using the CM/ECF system, and I am relying upon the transmission of the Clerk's Notice of Electronic Filing for service upon the following Filing Users in this matter:

Jay Philip Lefkowitz
Maria Ginzburg
Kirkland & Ellis LLP (NYC)
153 East 53rd Street
New York, New York  10022
jlefkowitz@kirkland.com
mginzburg@kirkland.com

Counsel for Headstart Advisers Limited,
Najy N. Nasser, and Headstart Fund Ltd.

_____
Mark D. Salzberg

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

OF

NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                                                                       Applicant

vs.

HEADSTART FUND LTD.

                                                                       Respondent

**AFFIDAVIT OF SERVICE**

I, **JAMES COOPER,** Police Reserve Constable Number 815 of the Royal Bahamas Police Force and resident of the Eastern District of the Island of New Providence one of the Islands of the Commonwealth of The Bahamas make Oath and say as follows:

1. That acting on instructions of Counsel and Attorney-at-Law in the Office of the Attorney General, having carriage of this matter, I did attempt to serve documents on three(3) times on the 4th day of May, 2008 and finally on the 5th day of May, A. D., 2008, documents were served on **HEADSTART FUND LTD.,** a Company in this action, with true copies of the Request for service, the unexecuted Certificate, Summary of Documents to be served, Summons, Complaint, Civil Cover Sheet, Individual Practices of Judge Debora A Batts and Judge Francis: Instructions for filing an Electronic Case; Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing by personally

serving **HEADSTART FUND LTD..**, at its Registered Office, located at Lyford Manor, Lyford Cay, P.O. Box N-7776, Nassau, The Bahamas.

2. That the said copies of the Request for service, the unexecuted Certificate, Summary of Documents to be served, Summons, Complaint, Civil Cover Sheet, Individual Practices of Judge Debora A Batts and Judge Francis: Instructions for filing an Electronic Case; Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing, , are duly sealed with the Seal of The United States District Court, Southern District of New York Area, out of which they were issued.

3. That at the time of delivery, Pamela L. Klonaaris, accepted and dated in my presence the Certificate attached to the Requests for Service of Judicial or Extrajudicial Documents certifying service of the foreign process.

4. That the signed and dated Certificate certifying service of the foreign process is now produced and shown to me and marked as Exhibit "**J. C. 1.**" a copy of the same is attached hereto.

5. That the facts herein deposed to are true and correct to the best of my information and belief.

**SWORN TO** at Nassau, N. P., )
The Bahamas this 11th day )
of June A. D., 2008 )  _James Cooper # 815_
　　　　　　　　　　　　　　　　　　JAMES COOPER
**BEFORE ME,**

_____
ACTING REGISTRAR OF THE
SUPREME COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

OF

NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                                              Applicant

vs.

HEADSTART FUND LTD.

                                             Respondent

**CERTIFICATE**

This is the Exhibit marked "**J. C. 1.**" referred to in the Affidavit of **JAMES COOPER,** Police Reserve Constable 815 of The Royal Bahamas Police Force sworn before me this 11th day of June A. D., 2008.

_____
ACTING REGISTRAR OF THE
SUPREME COURT

Headstart Fund Ltd

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served * X
1) *que la demande a été exécutée*
- the (date) -- *le (date)* X 5th June 2008
- at (place, street, number) - *à (localité, rue, numéro)*
  X LYFORD FINANCIAL CENTRE WEST BAY STREET

- in one of the following methods authorized by article 5:
- *dans une des formes suivantes prévues à l'article 5:*

  ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5. alinéa premier, lettre a)*

  ☐ (b) in accordance with the following particular method:
  *b) selon la forme particulière suivante:*

  ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
  *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
  X LYFORD CORPORATE SERVICES LTD · PAMELA L. KLONARIS

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
  X REGISTERED AGENT

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at X NASSAU BAHAMAS , the
*Fait à* _____ , *le* _____

Signature and/or stamp,
*Signature et/ou cachet* X

James Cooper # 815

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

OF

NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                                            **Applicant**

vs.

HEADSTART FUND LTD.

                                            **Respondent**

---

**AFFIDAVIT OF SERVICE**

**Office of The Attorney General**
**Post Office Building**
**3rd - 7th Floors**
**Post Office Building**
**East Hill Street**
**Nassau, The Bahamas**