UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

HEADSTART ADVISERS LIMITED and
NAJY N. NASSER,

    Defendants

and

HEADSTART FUND LTD.,

    Relief Defendant.

Case No.:  1:08 CV 03484 (DAB)



ECF CASE

▓▓▓▓▓▓ ORDER

DEBORAH A. BATTS, United States District Judge.

By virtue of the parties' agreement on scheduling matters, it is hereby ORDERED that:

(1) Defendants' responsive pleadings or Motion to Dismiss shall be due on September 12, 2008;

(2) Plaintiff's response to any Motion to Dismiss so filed shall be due on October 17, 2008; and

(3) Defendants' reply to such response shall be due on November 5, 2008.


So Ordered:

Dated: New York, New York
      June 27, 2008

*Deborah A. Batts*
———————————————
Hon. Deborah A. Batts
United States District Judge