# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Maria Ginzburg.
To Call Writer Directly:
212 446-4694
mginzburg@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2008

August 13, 2008

**BY HAND**

The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re: *S.E.C. v. Headstart Advisers Limited, Najy N. Nasser, and Headstart Fund Ltd.*, Case No. 1:08 CV 03484 (DAB)

Dear Judge Batts,

We represent Defendants Headstart Advisers Limited, Najy N. Nasser, and Headstart Fund Ltd. in the above-captioned matter. I write regarding the schedule for Defendants' motion to dismiss, as well as page limits for the briefing.

On account of oral argument and trial commitments of counsel for the respective parties, the parties have conferred and agreed upon the following changes to the proposed briefing schedule for motions to dismiss (this reflects the parties' second agreed-upon briefing schedule):

Defendants' responsive pleadings or motions to dismiss due September 19, 2008 (instead of September 12, 2008)

Plaintiff's response brief due November 14, 2008 (instead of October 17, 2008)

Defendants' reply brief due December 5, 2008 (instead of November 5, 2008)

Chicago     Hong Kong     London     Los Angeles     Munich     San Francisco     Washington, D.C.

Hon. Deborah A. Batts
August 13, 2008
Page 2

      The parties also request that the court permit submission of a single motion to dismiss brief on behalf of all defendants with a greater page limit than the ordinary 25 pages allowed to each defendant under the Court's rules. The parties have conferred, and request for the Court to allow Defendant a brief up to 50 pages for their brief, and Plaintiff an equal limit for its response brief.

      For your convenience, we have included a proposed Order setting forth these modifications.

*granted*
*DAB*
*8/26/08*

Sincerely,

Maria Ginzburg

CC: Paul Gizzi, Esq., Counsel for Plaintiff

ENC

SO ORDERED

Deborah A. Batts  8/26/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*MEMO ENDORSED*