

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
SECURITIES AND EXCHANGE COMMISSION,                         :
                                                            :
                    Plaintiff,                              :
                                                            :
        - against -                                         :
                                                            :
HEADSTART ADVISERS LIMITED and                              :
NAJY N. NASSER,                                             :
                                                            :   08 CV 3484 (DAB)
                    Defendants,                             :
                                                            :
        - and -                                             :
                                                            :
HEADSTART FUND LTD.,                                        :
                                                            :
                    Relief Defendant.                       :
                                                            :
------------------------------------------------------------x

**FINAL JUDGMENT AS TO RELIEF DEFENDANT HEADSTART FUND LTD.**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Headstart Fund Ltd. having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of seventeen million dollars ($17,000,000), representing profits gained as a result of the conduct alleged in the Complaint. Relief Defendant shall satisfy this obligation by

paying seventeen million dollars ($17,000,000) within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Headstart Fund Ltd. as a relief defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Relief Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: **June 24, 09**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____